# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRIAN MILLER<br><br>**Plaintiff(s)**<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC., PARK HOTELS & RESORTS, INC., HILTON INTERNATIONAL OF PR, LLC, HILTON WORLDWIDE INTERNATIONAL PR, LLC, CHUBB INS. CO. OF PR<br><br>**Defendant(s),** | Civil No. 23-01197 (ADC) |

## PARTIAL JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on September 6, 2023.

Therefore, pursuant to the Court's Order, Partial Judgment is hereby entered dismissing without prejudice co-defendants Hilton Worldwide Holdings, Inc. and Park Hotels & Resorts, Inc.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 12th day of Septembers, 2023.

                                                                     ADA I. GARCIA-RIVERA, CPA, ESQ.
Clerk of the Court

                                                                      *s/ Sulma López-Defilló*
Sulma López-Defilló
Deputy Clerk