IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

MAGISTRATE JUDGE HÉCTOR L. RAMOS-VEGA     DATE: October 1, 2025

Civil No.: 23-1197 (JAW)

Attorneys:

*Brian Miller,*               Charles Maurice Stam

Plaintiff,

v.

*Hilton Worldwilde Holdings, Inc., et al,*     Francisco Colón-Ramirez

Defendants.

**Further Settlement Conference held via VTC (10:07 a.m. and 10:11 a.m.)**

Counsel for defendants reached out to the undersigned chambers to inform that the settlement proposal had been approved. The Court called this brief hearing to inquire about how much time the parties needed to exchange settlement paperwork and for plaintiff to move for voluntary dismissal. The parties will exchange a confidential settlement agreement within seven (7) days and on or before **10/17/2025**, the Plaintiff will move for dismissal.

*s/Héctor L. Ramos-Vega*
Héctor L. Ramos-Vega
U.S. Magistrate Judge