UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRIAN MILLER <br><br> Plaintiff, <br><br> v. <br><br> HILTON INTERNATIONAL OF PUERTO RICO, LLC, ET AL, <br><br> Defendants. | ) ) ) ) ) ) No. 3:23-cv-01197-JAW-HRV ) ) ) ) ) ) ) |

JUDGMENT

In accordance with the *Order on Joint Motion to Dismiss* in the *Miller v. Hilton Worldwide Holdings Inc., et.al.,* by District John A. Woodcock, Jr., dated October 21, 2025 (ECF No. 96). Judgment is hereby entered, the complaint is DISMISSED with prejudice with each party bearing their own attorney's fees and costs; however, pursuant to *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375 (1994), the Court retains jurisdiction over the case to enforce, if necessary, the terms of any agreements between the parties.

The case is now closed for statistical purposes.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st of October, 2025.